# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire and Casualty Company,<br><br>Plaintiff,<br><br>v.<br><br>Whirlpool Corporation, et al.,<br><br>Defendants. | No. CV-13-00232-TUC-JAS<br><br>**ORDER** |

A review of the record reflects that the deadlines for discovery, dispositive motions, and the joint proposed pretrial order have expired. *See* Doc. 10. The Court suspects that the parties have settled, but did not file a stipulation for dismissal. As such, by 8/8/14, the parties shall file a stipulation for dismissal if they have settled, or a notice that they have not settled by that date. If the parties have not settled, the parties shall file their joint proposed pretrial order by 8/29/14.

Dated this 4th day of August, 2014.

Honorable James A. Soto
United States District Judge